**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:20-CV-00427-MOC-DSC**

| | | |
|---|---|---|
| **GINA ZAHRAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     **THIS MATTER** is before the Court on "Plaintiff's Motion to Amend Complaint" (document #18), as well as the parties' briefs and exhibits. Defendant has also filed a "Motion to Dismiss" and "Motion to Strike" (documents ##9 and 11).

     Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Id.

     For the reasons stated therein, the Court <u>grants</u> Plaintiff's Motion to Amend Complaint.

     It is well settled that an amended pleading supersedes the original pleading and that motions directed at superseded pleadings are to be denied as moot. <u>Young v. City of Mount Ranier</u>, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect);

<u>Turner v. Kight</u>, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that:

1.     "Plaintiff's Motion to Amend Complaint" (document #18) is **GRANTED**.  Plaintiff shall file her Amended Complaint within five days of this Order.

2.     Defendant's "Motion to Dismiss" and "Motion to Strike" (documents ##9 and 11) are administratively **DENIED** as moot without prejudice.

3.     The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 8, 2021

David S. Cayer
United States Magistrate Judge